# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. JOHNSON,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security**<br>    Defendant. | CIVIL ACTION<br>No. 16-6160 |

## ORDER

This 21st day of August, 2017, upon careful and independent consideration of Plaintiff's Complaint, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarki, it is hereby **ORDERED** that:

1. The Report and Recommendation is ADOPTED,

2. Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART, and

3. The matter shall be REMANDED for (a) an award of a closed period of benefits from February 5, 2014 – February 5, 2015, based on Johnson's treatment during that year for a hemorrhaged arteriovenous malformation in his brain; and (b) further consideration of the medical evidence regarding Johnson's headaches and visual impairment.

_____
Gerald Austin McHugh
United States District Judge